**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**In re** **Case No. 14-30759-EPK**
**Chapter 7**

**ANDREW R PAULMENO**

**Debtor(s).**

**NOTICE OF DEPOSIT OF FUNDS WITH THE U.S. BANKRUPTCY COURT CLERK**

Notice is hereby given that:

(X ) The Trustee has $15,600.00 in the bank account which represents unpresented checks drawn and mailed to creditors of the above named Debtor in accordance with the Order Approving Trustee's Motion To Approve Personal Injury Settlement and to Authorize Payment of Fees and Costs to Special Counsel (Re: # 41) (DE 43). Your Trustee has made a good faith effort to verify the correct mailing address for said creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

( ) The Trustee has a balance of $0.00 remaining in bank account which represents small dividends as defined by F.R.B.P. 3010.

Attached and made a part of this notice is a list, pursuant to F.R.B.P. 3011, of the names, and addresses of the creditors and the amounts to which they are entitled.

**WHEREFORE**, your Trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: March 23, 2017

*/s/ Margaret J. Smith*

Margaret J. Smith, Trustee
1400 Centrepark Blvd.
Suite #860
West Palm Beach, FL 33401
Phone: (561) 209-2548
E-Mail: msmith@mjstrustee.com

**NAME:** **PAULMENO, ANDREW R**

**CASE NO:** **14-30759-EPK**

| Creditor Name | Creditor Address | Claim Amount |
|---|---|---|
| Dr. Lawrence Alexander | 1216 SE 1st Avenue<br>Fort Lauderdale, FL 33316 | $15,000.00 |
| Coast Pain Relief | 3233 SW Port St. Lucie Blvd.<br>Port St. Lucie, FL 34953 | $600.00 |